



FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

SEP 18 2015

CHRISTOPHER A. PRINE
CLERK

RE: Court of Appeals Number: 14-15-00277-CR
Trial Court Case Number: 1412553

Style: Astroroid Dewayne Benton
v.
The State of Texas

MAILED

## Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

*Astroroid Dewayne Benton*
Pro se Appellant
2101 Fm 369 N  Allred  Unit, TDCJ # 01989737
Iowa Park , Texas 76367

## Certificate of Service

This is to certify that on __09/11/15__ (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

*Astroroid Dewayne Benton*
Pro se Appellant



Astroroid Dewayne Benton
#01989737 / 4.E.71.B
Jame's V. Allred Unit
2101 Fm 369N
Iowa Park, Tx 76367

LEGAL MAIL

TO: The Fourteenth Court of Appeals
301 Fannin Street, Suite #245

Houston, Tx 77002

77002-206270